IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRAN GRANT,

      Plaintiff,                     No.  2:11-cv-2302 KJN P

    vs.

WILLIAM KNIPP, et al.,

      Defendants.          <u>ORDER</u>

                                 /

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). Pursuant to this court's order of October 14, 2011, plaintiff consented to the dismissal of defendant Knipp without prejudice. (Dkt. No. 10.) Pursuant to Fed. R. Civ. P. 41(a), defendant Knipp is dismissed from this action without prejudice. Accordingly, IT IS HEREBY ORDERED that defendant Knipp is dismissed without prejudice.

DATED: November 22, 2011

                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

gran2302.59