IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRAN GRANT,

    Plaintiff,                          No. 2:11-cv-2302 KJN

    vs.

WILLIAM KNIPP, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to conduct plaintiff's deposition via videoconference filed December 18, 2012.  Plaintiff is incarcerated at Valley State Prison in Chowchilla, California.  Defendants state that conducting plaintiff's deposition via videoconference would minimize defendants' travel related expenses.  Good cause appearing, defendants' motion is granted.

        Accordingly, IT IS HEREBY ORDERED that defendants' motion to conduct plaintiff's deposition via videoconference (dkt. no. 28) is granted.

DATED:  December 20, 2012

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

gran2302.vcd